THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No: 7:13-cv-00004-D

| | |
|---|---|
| NOELLE ENTERPRISES, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | DISMISSAL |
| ) | |
| THE GERSON COMPANY ) | |
| and KEVIN DAY, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Defendants having not yet appeared, Plaintiff hereby dismisses its claims with prejudice, each party to bear their own respective costs and fees.

Respectfully submitted, this the 6th day of February, 2013.

                                         **COATS & BENNETT, PLLC**
                                         **Attorneys for Plaintiff**

                                         By: *s/ Anthony J. Biller*
                                              Anthony J. Biller
                                              NC State Bar No. 24,117
                                              1400 Crescent Green, Suite 300
                                              Cary, North Carolina 27518
                                              Telephone: (919) 854-1844
                                              Facsimile: (919) 854-2084
                                              Email: abiller@coatsandbennett.com